RECEIVED

MAR 1 1 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| PHYLLIS ORTEGO | CIVIL ACTION NO. 13-3234 |
| VERSUS | JUDGE DOHERTY |
| UNUM LIFE INSURANCE CO OF AMERICA | MAGISTRATE JUDGE HANNA |

**MEMORANDUM RULING**

Currently pending before the Court is a motion for summary judgment [Doc. 16], filed by defendant Unum Life Insurance Company of America ("Unum"). By way of its motion, defendant seeks summary judgment in its favor, "dismissing plaintiff's claims for long-term disability benefits on the grounds that Unum did not abuse its discretion in determining that plaintiff had received the maximum benefits to which she was entitled under the policy." [Id. at 1] In the alternative, defendant argues it is entitled to judgment in its favor: "because (1) the policy language clearly set forth the maximum period for which plaintiff was entitled to receive benefits for self-reported conditions; and (2) there is no evidence in the record to support that plaintiff has symptoms resulting from a documented clinical diagnosis of either fibromyalgia or Lyme disease. . . ." [Id.] The motion is unopposed.[1]

---

[1] The deadline for submission of a memorandum in opposition to the motion for summary judgment has passed, and no opposition has been received by the Court. [Doc. 17] Accordingly, the motion is deemed unopposed. [Id.]

The motion for summary judgment [Doc. 16], appearing to be well-founded in law and fact and being unopposed by plaintiff, is hereby GRANTED, and plaintiff's claim against Unum for long-term disability benefits is hereby DISMISSED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 11th day of March, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE